Robert Glenn MINETREE, Jr., Plaintiff–Appellant,

v.

Mr. DOTSON, Warden/Acting Agent for CCA/LVCC/DOC; Ronald Coker, Contracting Liason and Acting Agent for CCA/LVCC/DOC; Mr. Smoot, F.S.D. Acting Agent for Aramark Food Service, Contract to CCA/LVCC/DOC; Ms. Garner, RN/HSA/HSS and Acting Agent of CCA/LVCC/DOC/Trigon–BlueCross Blueshield under contract to DOC & CCA; Gene M. Johnson, Director of Virginia Department of Corrections, Defendants–Appellees.

No. 03–6122.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2003.

Decided April 1, 2003.

Robert Glenn Minetree, Jr., Appellant Pro Se.

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert Minetree appeals the district court's order dismissing his 42 U.S.C.

U.S.C. § 636(c) (2000).

§ 1983 (2000) complaint without prejudice. Minetree may cure any deficiency by filing an amended complaint. We therefore dismiss the appeal for lack of jurisdiction because the order is not a final, appealable order. *See Domino Sugar Corp. v. Sugar Workers Local Union 392,* 10 F.3d 1064, 1066–67 (4th Cir.1993). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*